AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

Charles Butler Young,
*Plaintiff*
v.                                                             Civil Action No.    1:12-cv-02169-TMC

Probation Officer Gillespie, Individual & official capacity; The Department of Probation, Parole and Pardon Services, of Spartanburg SC, Individual and official capasity under the color of state law,
*Defendant*s

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other: the plaintiff, Charles Butler Young, shall take nothing of the defendant; The Department of Probation, Parole and Pardon Services, from the complaint filed pursuant to 42 U.S.C. § 1983 and this action is dismissed without prejudice.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Timothy M. Cain, United States District Judge, presiding, adopting the Report and Recommendation set forth by the Honorable Shiva V. Hodges, United States Magistrate Judge, which dismissed the complaint without prejudice.

Date:   October 29, 2012                                         *LARRY W. PROPES, CLERK OF COURT*

                                                                              s/A. Buckingham
                                                                *Signature of Clerk or Deputy Clerk*